IN THE SUPREME COURT OF THE STATE OF KANSAS

Bar Docket No. 10386

In the Matter of RONALD SCHNEIDER,
*Petitioner.*

ORDER OF REINSTATEMENT

On June 20, 2023, the court transferred Ronald Schneider's Kansas law license to disabled status. The court ordered that Schneider must not practice law unless the court reinstates his law license to active status under Supreme Court Rule 234(g) and (h) (2023 Kan. S. Ct. R. at 303).

On October 10, 2025, Schneider filed a petition for reinstatement of his law license to active status under Supreme Court Rule 234(h) (2025 Kan. S. Ct. R. at 297). The court ordered the Office of the Disciplinary Administrator (ODA) to investigate Schneider's petition for reinstatement. The ODA has completed its investigation and recommends that the court grant Schneider's petition for reinstatement.

The court agrees with the ODA's recommendation, grants the petition for reinstatement, and reinstates Ronald Schneider's Kansas law license to active status.

Schneider must pay the active attorney registration fee for the current licensing period to the Office of Judicial Administration (OJA) before this reinstatement becomes effective. See Supreme Court Rule 206 (2025 Kan. S. Ct. R. at 249). The court directs OJA to add Schneider's name to the roster of attorneys actively engaged in the practice of law in Kansas once it receives the fee.

Schneider must complete the continuing legal education requirements for the compliance period in which he becomes an active attorney. See Supreme Court Rule 804 (2025 Kan. S. Ct. R. at 594).

Finally, the court assesses the costs of this action to Schneider and directs the Reporter of Decisions to publish this order in the Kansas Reports.

Dated this 25th day of February 2026.

LUCKERT and STANDRIDGE, JJ., not participating.